IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR256 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICKY T. McCOLLUM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue trial (filing 11) is granted;

(2)   Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, September 26, 2005, as the number two criminal case, in Omaha, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

July 28, 2005.                             BY THE COURT:

                                           s/ Richard G. Kopf
                                           United States District Judge