IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY T. MCCOLLUM,<br><br>Defendant. | 8:05CR256<br><br>**ORDER TO CONTINUE** |

THIS MATTER comes before the Court upon the Defendant's Motion for Continuance of Trial (Filing No. 15). The Court, being fully advised in the premises, and for good cause shown, hereby orders:

1. The trial of this matter is hereby continued to November 28, 2005 in Omaha, Nebraska..

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between September 13, 2005 and November 28, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

IT IS SO ORDERED.

DATED this 13th day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

091205