IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICKY T. MCCOLLUM, ) <br> ) <br> Defendant. ) <br> ) | 8:05CR256 <br><br> ORDER |

Defendant has retained new counsel, who has entered his appearance in this matter.

IT THEREFORE HEREBY IS ORDERED,

The motion of Robert B. Creager to withdraw as court-appointed counsel for defendant, filing 16, is granted.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge