```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR256 |
| v. ) | |
| ) | |
| RICKY T. MCCOLLUM, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

Defendant has filed a motion to compel discovery from the government. The motion did not conform to the requirements of paragraph 3 of the progression order, in that there was no showing filed of any conference between counsel prior to the filing of the motion. For that reason, the motion may be treated as abandoned.

The government has nevertheless responded that the information sought by the motion has been or will be provided, with one exception. At issue remains the defendant's request for unredacted copies of proffer interview reports. The government claims the redacted portions of the reports are irrelevant to the issues concerning this defendant. In light of the defendant's failure to comply with the progression order, I shall leave that matter as it is.

IT THEREFORE HEREBY IS ORDERED,

The motion to compel, filing 19, is denied.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge