IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR256 |
| v. | ) | |
| | ) | |
| RICKY T. MCCOLLUM, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to file motion to suppress out of time, filing 21, is granted and defendant is given to November 15, 2005 to file a motion to suppress.

DATED this 1st day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge