```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR256 |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY T. MCCOLLUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's filing 26 motion to dismiss, filed on November 10, 2005, remains pending.

IT THEREFORE HEREBY IS ORDERED:  The trial of this case, currently set to commence on November 28, 2005, is continued until further order of the court following resolution of outstanding motions.

DATED this 14th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge