IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR256 |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY T. MCCOLLUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion challenging the sufficiency of an affidavit submitted for the issuance of a search warrant, and the validity, breadth, and content of the warrant itself. Filing 29. However, neither the warrant nor the application and affidavit has been filed. Since the defendant challenges the facial sufficiency of the documents, the documents must be filed for the court's review.

IT THEREFORE HEREBY IS ORDERED:

1. On or before November 21, 2005, the defendant shall submit a copy of the application, affidavit, and warrant which are the subjects of the motion to the clerk's office for filing herein.

2. The clerk's office shall file the application, affidavit, and warrant under seal.

DATED this 15th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge