```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         8:05CR256
       v.                      )
                               )
RICKY T. MCCOLLUM,             )
                               )           ORDER
              Defendant.       )
                               )
```

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing numbers 26 and 27 from the public docket sheet and file them as sealed pleadings.

DATED this 15th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge