```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR256 |
| | ) | |
| v. | ) | |
| | ) | |
| RICKY T. MCCOLLUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the court on defendant's motion to continue his trial currently scheduled to begin on January 9, 2005. Filing 53. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on January 23, 2006 for a duration of two trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between January 9, 2006 and January 23, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 27th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge