# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05 CR 256 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| RICKY T. MCOLLUM, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Extend the Time Scheduled for Trial; and the Court, being duly advised in the premises, find that said Motion is proper and should be granted.

IT IS THEREFORE ORDERED that the Defendant's trial previously set for two days during the Court's session commencing January 23, 2006 is hereby scheduled for four days.

DATED January 10, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge