```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>     v. )<br>)<br>RICKY T. MCCOLLUM, )<br>)<br>     Defendant. )<br>) | 8:05CR256<br><br>ORDER |

IT IS ORDERED,

Plaintiff's motion to continue, filing 56, is granted and trial of this matter is continued to 9:00 a.m., February 21, 2006 for four trial days, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 11th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge