```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CR256 |
| v. ) | |
| ) | |
| RICKY T. MCCOLLUM, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. Defendant's unopposed oral motion to continue plea hearing is granted and the change of plea hearing is continued from February 27 to March 6, 2006 at 2:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED this 14th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge