IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR256 |
| vs. | ) | |
| | ) | **PRELIMINARY ORDER** |
| RICKY T. MCCOLLUM, | ) | **OF FORFEITURE** |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 15th day of March, 2006, this matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture and <u>Memorandum</u> Brief. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I and III of said Superceding Indictment. Count I of said Superceding Indictment charges the Defendant with selling a firearm to an unlawful user of a controlled substance, a violation of 18 U.S.C. § 922(d)(3). Count III of said Superceding Indictment charges the Defendant with using the following items:

| | |
|---|---|
| I. | Ammunition, Qty: 1; MNF: other, Cal: 37 |
| II. | Ammunition, Qty: 19; MNF: Remington, Cal: 257 |
| III. | Rifle, Model: Hoban Rifle, Cal:22, SN:45 |
| IV. | Receiver, Model: Model 98, Cal:**, SN: none |
| V. | Shotgun, MNF: unknown. Receiver only, Model: unknown, Cal:**, SN: none |
| VI. | Ammunition, Assorted, Qty: 111; MNF: Remington, Cal: 12 |
| VII. | Shotgun, MNF: Ithaca Gun Co. Model: 51 Fetherlight, Cal:12, SN: 510019487 |
| VIII. | Ammunition, Qty: 188; MNF: unknown, Cal: 765 |

| | |
|---|---|
| IX. | Rifle, MNF: unknown, Model: McCollums, Cal:270, SN:003 |
| X. | Shotgun, MNF: unknown, Model: Hiawatha 130 Vr-F, Cal:20, SN: none |
| XI. | Shotgun, MNF: Savage, Model: 94 series M, Cal:410, SN: C517713 |
| XII. | Shotgun, MNF: unknown, Model: SB-100B, Cal:20, SN: B084872 |
| XIII. | Ammunition, Assorted Qty: 22; MNF: other, Cal: 257 |
| XIV. | Ammunition, Qty: 54; MNF: Remington, Cal: 7 |
| XV. | Ammunition, Qty: 1; MNF: Winchester-Western, Cal: 300 |
| XVI. | Ammunition, Qty: 6; MNF: Remington, Cal:22-250 |
| XVII. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 270/20 |
| XVIII. | Ammunition, Qty: 11; MNF: Winchester-Western, Cal: 308 |
| XIX. | Ammunition, Qty: 78; MNF: Federal, Cal: 30-06 |
| XX. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 243 |
| XXI. | Ammunition, Qty: 51; MNF: Winchester-Western, Cal: 30-30 |
| XXII. | Ammunition, Qty: 11; MNF: unknown, Cal: 792 |
| XXIII. | Ammunition, Qty: 1; MNF: Winchester-Western, Cal: 220 |
| XXIV. | Ammunition, Qty: 142; MNF: Federal, Cal: 12 |
| XXV. | Ammunition, Qty: 8; MNF: unknown, Cal: 50 |
| XXVI. | Ammunition, Qty: 4; MNF: Remington, Cal: 44 |
| XXVII. | Shotgun, MNF: Harrington and Richardson, Model: 155, Cal:45-70, SN: AM288419 |
| XXVIII. | Ammunition Components, Qty: 1720; MNF: Winchester-Western, Cal: ** |
| XXIX. | Ammunition, Qty: 51; MNF: Federal, Cal: 12 |
| XXX. | Ammunition, Qty:226; MNF: Remington, Cal: 12 |
| XXXI. | Ammunition, Qty: 400; MNF: other, Cal: 762 |
| XXXII. | Ammunition, Qty: 164; MNF: Winchester-Western, Cal: 12 |
| XXXIII. | Ammunition, Qty: 50; MNF: Winchester-Western, Cal: 16 |
| XXXIV. | Ammunition, Qty: 20; MNF: Winchester-Western, Cal: 20 |
| XXXV. | Ammunition, Qty: 9; MNF: Westerfield, Cal: 20 |
| XXXVI. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 10 |
| XXXVII. | Ammunition, Assorted, Qty: 97; MNF: Remington, Cal: 22 |
| XXXVIII. | Rifle, MNF: Savage, Model: 170B, Cal: 30-30, SN: D262099 |
| XXXIX. | Rifle, MNF: Marlin Firearms Co., Model: Glenfield Model 10, Cal: 22, SN: unknown |
| XL. | Ammunition, Qty: 28; MNF: Remington, Cal: 410 |
| XLI. | Shotgun, MNF: Laurona-Armas Eibar, S.A.L., Model: Double Barrel, Cal:ZZ, SN: 816421 |
| XLII. | Ammunition, Qty: 3; MNF: Remington, Cal: 10 |
| XLIII. | Ammunition, Qty: 10; MNF: Remington, Cal: 28 |
| XLIV. | Ammunition, Qty: 4; MNF: Fiocchi, Cal: 303 |
| XLV. | Shotgun, MNF: unknown, Model: JC Higgins 583.16, Cal:12, SN: none |
| XLVI. | Ammunition, Qty: 72; MNF: LC (Lake City), Cal: 30 |
| XLVII. | Ammunition, Qty: 14; MNF: Winchester-Western, Cal: 45 |

| | |
|---|---|
| XLVIII. | Ammunition, Qty: 22; MNF: PMC, Cal: 223 |
| XLIX. | Ammunition, Qty: 5; MNF: Winchester-Western, Cal: 44 |
| L. | Ammunition, Qty: 40; MNF: other, Cal: 6 |
| LI. | Ammunition, Qty: 50; MNF: United States Cartridge Co., Cal: 9 |
| LII. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 380 |
| LIII. | Shotgun, MNF: Ithaca Gun Co., Model: Double Barrel, Cal:ZZ, SN: unknown |
| LIV. | Rifle, MNF: Bellmore-Johnson Tool, Model: Bolt Action, Cal: 22, SN: unknown |
| LV. | Shotgun, MNF: Hopkins and Allen, Model: Double Barrel, Cal:ZZ, SN: unknown |
| LVI. OFI | Handgun, MNF: unknown, Manufacturer Type: Revolver, Model: Western Ranger, Cal: 22, SN: RR00241 |
| LVII. | Rifle, MNF: Hipoint, Model: 995, Cal: 9, SN: A20651 |
| LVIII. | Rifle, MNF: Serbu Firearms, Model: BFG-50, Cal:50, SN: 523 |
| LIX. | Rifle, MNF: Harrington and Richardson, Model: Topper Model 158, Cal:30-30, SN: AS205284 |
| LX. | Rifle, MNF: Ranger Arms Inc., Model: 103, Cal:22, SN: none |
| LXI. | Rifle, MNF: Western Arms Co., Model: 59, Cal:22, SN: none |
| LXII. | Shotgun, MNF: Westley, Richard, Model: Double Barrel, Cal:16, SN: 51389 |
| LXIII. | Rifle, MNF: unknown, Model: Bolt Action Rifle, Cal:308, SN: 001 |
| LXIV. | Shotgun, MNF: unknown, Model: Double Barrel, Cal: 16, SN: none |
| LXV. | Rifle, MNF: unknown, Model: unknown, Cal:410, SN: 49061 |
| LXVI. | Rifle, MNF: Harrington and Richardson, Model: 700 22 WMRF, Cal: 22, SN: AS501498 |
| LXVII. | Shotgun, MNF: unknown, Model: none listed, Cal: 410, SN: none |
| LXVIII. | Shotgun, MNF: unknown, Model: Batavia Leader, Cal: 16, SN: 95218 |
| LXIX. | Shotgun, MNF: Remington Arms Company Inc., Model: Double Barrel, Cal: 16, SN: 1087 |
| LXX. | Shotgun, MNF: unknown, Model: 60, Cal: 12, SN: none |
| LXXI. | Shotgun, MNF: Marlin Firearms Co., Model: Marlin Goose Gun, Cal: 12, SN: 71375287 |
| LXXII. | Rifle, MNF: unknown, Model: 1915, Cal: 22, SN: M347 |
| LXXIII. | Rifle, MNF: unknown, Model: Six Corp, Cal: 762, SN: 8803159 |
| LXXIV. | Rifle, MNF: Winchester, Model: 67, Cal: 22, SN: none |
| LXXV. | Rifle, MNF: Hopkins and Allen, Model: none listed, Cal: 22, SN: none |
| LXXVI. | Rifle, MNF: R.B. Rodda, Model: none listed, Cal: 243, SN: 26599 |
| LXXVII. | Shotgun, MNF: Hopkins and Allen, Model: Double Barrel, Cal: 16, SN: 32483 |
| LXXVIII. | Rifle, MNF: Chipmunk Manufacturing Co., Model: Chipmunk 22 SL, Cal: 22, SN: 22411 |
| LXXIX. | Shotgun, MNF: unknown, Model: none listed, Cal: 12, SN: 58044A |

| | |
|---|---|
| LXXX. | Rifle, MNF: Italy, Model: Fillipietta Cat 3046, Cal: 22, SN: SA6882 |
| LXXXI. | Rifle, MNF: Remington Arms Company Inc., Model: Fieldmaster 572, Cal: 22, SN: A1414103 |
| LXXXII. | Rifle, MNF: unknown, Model: UNK, Cal: 308, SN: none |
| LXXXIII. | Rifle, MNF: unknown, Model: M1 Carbine, Cal: 30, SN: none |
| LXXXIV. | Rifle, MNF: unknown, Model: none listed, Cal: 762, SN: 61295 |
| LXXXV. | Rifle, MNF: BSA (Birmingham Small Arms), Model: Lever Action, Cal: 32, SN: 19314 |
| LXXXVI. | Rifle, MNF: Savage, Model: 15, Cal: 22, SN: none |
| LXXXVII. | Rifle, MNF: Mossber, Model: 810AHT, Cal: 30-06, SN: 1010064 |
| LXXXVIII. | Rifle, MNF: Winchester, Model: 74, Cal: 22, SN: 274591A |
| LXXXIX. | Rifle, MNF: Remington Arms Company, Inc., Model: 12-C, Cal: 22, SN: RW448317 |
| XC. | Rifle, MNF: Browning, Model: UNK, Cal: 12, SN: 0017 |
| XCI. | Rifle, MNF: Harrington and Richardson, Model: Shikari 155, Cal: 44, SN: AS228207 |
| XCII. | Rifle, MNF: Harrington and Richardson, Model: Topper M48, Cal: 410, SN: J55626 |
| XCIII. | Rifle, MNF: Harrington and Richardson, Model: 176 10 G Magnum, Cal: 10, SN: AS217937 |
| XCIV. | Shotgun, MNF: Ranger Arms Company, Inc., Model: UNK, Cal: 12, SN: 4370 |
| XCV. | Shotgun, MNF: Remington Arms Company, Inc., Model: 870, Cal: 12, SN: 840197V |
| XCVI. | Rifle, MNF: Springfield Firearms Corporation, Model: UNK, Cal: 22, SN: none |
| XCVII. | Shotgun, MNF: Springfield Firearms Corporation, Model: UNK, Cal: 12, SN: Y370 |
| XCVIII. | Shotgun, MNF: Mossberg, Model: 1000, Cal: 12, SN: FD09288 |
| XCIX. | Rifle, MNF: Mauser, Model: Argentino 1891, Cal: **, SN: B9190 |
| C. | Shotgun, MNF: Savage, Model: 77F, Cal: 12, SN: none |
| CI. | Shotgun, MNF: Remington Arms Company, Inc., Model: 870, Cal: 16, SN: S669351V |
| CII. | Shotgun, MNF: Unknown, Model: BATAVIBAKER, Cal: 16, SN: 152116 |
| CIII. | Rifle, MNF: Brescia Armas, Model: 1936 XIV, Cal: 762, SN: D8840 |
| CIV. | Shotgun, MNF: unknown, Model: 66, Cal: 12, SN: none |
| CV. | Shotgun, MNF: Winchester, Model: 37, Cal: 16, SN: none |
| CVI. | Rifle, MNF: Harrington and Richardson, Model: UNK, Cal: 12, SN: 35853C |
| CVII. | Shotgun, MNF: Savage, Model: Stevens, Cal: 12, SN: none |
| CVIII. | Shotgun, MNF: Remington Arms Company, Inc., Model: 200D, Cal: 12, SN: none |

to facilitate the alleged violation in Count I of the Superceding Indictment and charges said personal properties are derived from proceeds obtained directly or indirectly as a result of the alleged violation in Count I of the Superceding Indictment.

2. By virtue of said plea of guilty, the Defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C., § 853.

3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B. Based upon Count III of the Indictment and the Defendant's plea of guilty, the United States Bureau of Alcohol, Tobacco and Firearms ("ATF") is hereby authorized to seize the following-described properties:

| | |
|---|---|
| I. | Ammunition, Qty: 1; MNF: other, Cal: 37 |
| II. | Ammunition, Qty: 19; MNF: Remington, Cal: 257 |
| III. | Rifle, Model: Hoban Rifle, Cal:22, SN:45 |
| IV. | Receiver, Model: Model 98, Cal:**, SN: none |
| V. | Shotgun, MNF: unknown. Receiver only, Model: unknown, Cal:**, SN: none |
| VI. | Ammunition, Assorted, Qty: 111; MNF: Remington, Cal: 12 |
| VII. | Shotgun, MNF: Ithaca Gun Co. Model: 51 Fetherlight, Cal:12, SN: 510019487 |
| VIII. | Ammunition, Qty: 188; MNF: unknown, Cal: 765 |
| IX. | Rifle, MNF: unknown, Model: McCollums, Cal:270, SN:003 |
| X. | Shotgun, MNF: unknown, Model: Hiawatha 130 Vr-F, Cal:20, SN: none |
| XI. | Shotgun, MNF: Savage, Model: 94 series M, Cal:410, SN: C517713 |
| XII. | Shotgun, MNF: unknown, Model: SB-100B, Cal:20, SN: B084872 |
| XIII. | Ammunition, Assorted Qty: 22; MNF: other, Cal: 257 |
| XIV. | Ammunition, Qty: 54; MNF: Remington, Cal: 7 |

| | |
|---|---|
| XV. | Ammunition, Qty: 1; MNF: Winchester-Western, Cal: 300 |
| XVI. | Ammunition, Qty: 6; MNF: Remington, Cal:22-250 |
| XVII. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 270/20 |
| XVIII. | Ammunition, Qty: 11; MNF: Winchester-Western, Cal: 308 |
| XIX. | Ammunition, Qty: 78; MNF: Federal, Cal: 30-06 |
| XX. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 243 |
| XXI. | Ammunition, Qty: 51; MNF: Winchester-Western, Cal: 30-30 |
| XXII. | Ammunition, Qty: 11; MNF: unknown, Cal: 792 |
| XXIII. | Ammunition, Qty: 1; MNF: Winchester-Western, Cal: 220 |
| XXIV. | Ammunition, Qty: 142; MNF: Federal, Cal: 12 |
| XXV. | Ammunition, Qty: 8; MNF: unknown, Cal: 50 |
| XXVI. | Ammunition, Qty: 4; MNF: Remington, Cal: 44 |
| XXVII. | Shotgun, MNF: Harrington and Richardson, Model: 155, Cal:45-70, SN: AM288419 |
| XXVIII. | Ammunition Components, Qty: 1720; MNF: Winchester-Western, Cal: ** |
| XXIX. | Ammunition, Qty: 51; MNF: Federal, Cal: 12 |
| XXX. | Ammunition, Qty:226; MNF: Remington, Cal: 12 |
| XXXI. | Ammunition, Qty: 400; MNF: other, Cal: 762 |
| XXXII. | Ammunition, Qty: 164; MNF: Winchester-Western, Cal: 12 |
| XXXIII. | Ammunition, Qty: 50; MNF: Winchester-Western, Cal: 16 |
| XXXIV. | Ammunition, Qty: 20; MNF: Winchester-Western, Cal: 20 |
| XXXV. | Ammunition, Qty: 9; MNF: Westerfield, Cal: 20 |
| XXXVI. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 10 |
| XXXVII. | Ammunition, Assorted, Qty: 97; MNF: Remington, Cal: 22 |
| XXXVIII. | Rifle, MNF: Savage, Model: 170B, Cal: 30-30, SN: D262099 |
| XXXIX. | Rifle, MNF: Marlin Firearms Co., Model: Glenfield Model 10, Cal: 22, SN: unknown |
| XL. | Ammunition, Qty: 28; MNF: Remington, Cal: 410 |
| XLI. | Shotgun, MNF: Laurona-Armas Eibar, S.A.L., Model: Double Barrel, Cal:ZZ, SN: 816421 |
| XLII. | Ammunition, Qty: 3; MNF: Remington, Cal: 10 |
| XLIII. | Ammunition, Qty: 10; MNF: Remington, Cal: 28 |
| XLIV. | Ammunition, Qty: 4; MNF: Fiocchi, Cal: 303 |
| XLV. | Shotgun, MNF: unknown, Model: JC Higgins 583.16, Cal:12, SN: none |
| XLVI. | Ammunition, Qty: 72; MNF: LC (Lake City), Cal: 30 |
| XLVII. | Ammunition, Qty: 14; MNF: Winchester-Western, Cal: 45 |
| XLVIII. | Ammunition, Qty: 22; MNF: PMC, Cal: 223 |
| XLIX. | Ammunition, Qty: 5; MNF: Winchester-Western, Cal: 44 |
| L. | Ammunition, Qty: 40; MNF: other, Cal: 6 |
| LI. | Ammunition, Qty: 50; MNF: United States Cartridge Co., Cal: 9 |
| LII. | Ammunition, Qty: 6; MNF: Winchester-Western, Cal: 380 |
| LIII. | Shotgun, MNF: Ithaca Gun Co., Model: Double Barrel, Cal:ZZ, SN: unknown |

| | |
|---|---|
| LIV. | Rifle, MNF: Bellmore-Johnson Tool, Model: Bolt Action, Cal: 22, SN: unknown |
| LV. | Shotgun, MNF: Hopkins and Allen, Model: Double Barrel, Cal:ZZ, SN: unknown |
| LVI. | Handgun, MNF: unknown, Manufacturer Type: Revolver, Model: OFI       Western Ranger, Cal: 22, SN: RR00241 |
| LVII. | Rifle, MNF: Hipoint, Model: 995, Cal: 9, SN: A20651 |
| LVIII. | Rifle, MNF: Serbu Firearms, Model: BFG-50, Cal:50, SN: 523 |
| LIX. | Rifle, MNF: Harrington and Richardson, Model: Topper Model 158, Cal:30-30, SN: AS205284 |
| LX. | Rifle, MNF: Ranger Arms Inc., Model: 103, Cal:22, SN: none |
| LXI. | Rifle, MNF: Western Arms Co., Model: 59, Cal:22, SN: none |
| LXII. | Shotgun, MNF: Westley, Richard, Model: Double Barrel, Cal:16, SN: 51389 |
| LXIII. | Rifle, MNF: unknown, Model: Bolt Action Rifle, Cal:308, SN: 001 |
| LXIV. | Shotgun, MNF: unknown, Model: Double Barrel, Cal: 16, SN: none |
| LXV. | Rifle, MNF: unknown, Model: unknown, Cal:410, SN: 49061 |
| LXVI. | Rifle, MNF: Harrington and Richardson, Model: 700 22 WMRF, Cal: 22, SN: AS501498 |
| LXVII. | Shotgun, MNF: unknown, Model: none listed, Cal: 410, SN: none |
| LXVIII. | Shotgun, MNF: unknown, Model: Batavia Leader, Cal: 16, SN: 95218 |
| LXIX. | Shotgun, MNF: Remington Arms Company Inc., Model: Double Barrel, Cal: 16, SN: 1087 |
| LXX. | Shotgun, MNF: unknown, Model: 60, Cal: 12, SN: none |
| LXXI. | Shotgun, MNF: Marlin Firearms Co., Model: Marlin Goose Gun, Cal: 12, SN: 71375287 |
| LXXII. | Rifle, MNF: unknown, Model: 1915, Cal: 22, SN: M347 |
| LXXIII. | Rifle, MNF: unknown, Model: Six Corp, Cal: 762, SN: 8803159 |
| LXXIV. | Rifle, MNF: Winchester, Model: 67, Cal: 22, SN: none |
| LXXV. | Rifle, MNF: Hopkins and Allen, Model: none listed, Cal: 22, SN: none |
| LXXVI. | Rifle, MNF: R.B. Rodda, Model: none listed, Cal: 243, SN: 26599 |
| LXXVII. | Shotgun, MNF: Hopkins and Allen, Model: Double Barrel, Cal: 16, SN: 32483 |
| LXXVIII. | Rifle, MNF: Chipmunk Manufacturing Co., Model: Chipmunk 22 SL, Cal: 22, SN: 22411 |
| LXXIX. | Shotgun, MNF: unknown, Model: none listed, Cal: 12, SN: 58044A |
| LXXX. | Rifle, MNF: Italy, Model: Fillipietta Cat 3046, Cal: 22, SN: SA6882 |
| LXXXI. | Rifle, MNF: Remington Arms Company Inc., Model: Fieldmaster 572, Cal: 22, SN: A1414103 |
| LXXXII. | Rifle, MNF: unknown, Model: UNK, Cal: 308, SN: none |
| LXXXIII. | Rifle, MNF: unknown, Model: M1 Carbine, Cal: 30, SN: none |
| LXXXIV. | Rifle, MNF: unknown, Model: none listed, Cal: 762, SN: 61295 |

| | |
|---|---|
| LXXXV. | Rifle, MNF: BSA (Birmingham Small Arms), Model: Lever Action, Cal: 32, SN: 19314 |
| LXXXVI. | Rifle, MNF: Savage, Model: 15, Cal: 22, SN: none |
| LXXXVII. | Rifle, MNF: Mossber, Model: 810AHT, Cal: 30-06, SN: 1010064 |
| LXXXVIII. | Rifle, MNF: Winchester, Model: 74, Cal: 22, SN: 274591A |
| LXXXIX. | Rifle, MNF: Remington Arms Company, Inc., Model: 12-C, Cal: 22, SN: RW448317 |
| XC. | Rifle, MNF: Browning, Model: UNK, Cal: 12, SN: 0017 |
| XCI. | Rifle, MNF: Harrington and Richardson, Model: Shikari 155, Cal: 44, SN: AS228207 |
| XCII. | Rifle, MNF: Harrington and Richardson, Model: Topper M48, Cal: 410, SN: J55626 |
| XCIII. | Rifle, MNF: Harrington and Richardson, Model: 176 10 G Magnum, Cal: 10, SN: AS217937 |
| XCIV. | Shotgun, MNF: Ranger Arms Company, Inc., Model: UNK, Cal: 12, SN: 4370 |
| XCV. | Shotgun, MNF: Remington Arms Company, Inc., Model: 870, Cal: 12, SN: 840197V |
| XCVI. | Rifle, MNF: Springfield Firearms Corporation, Model: UNK, Cal: 22, SN: none |
| XCVII. | Shotgun, MNF: Springfield Firearms Corporation, Model: UNK, Cal: 12, SN: Y370 |
| XCVIII. | Shotgun, MNF: Mossberg, Model: 1000, Cal: 12, SN: FD09288 |
| XCIX. | Rifle, MNF: Mauser, Model: Argentino 1891, Cal: **, SN: B9190 |
| C. | Shotgun, MNF: Savage, Model: 77F, Cal: 12, SN: none |
| CI. | Shotgun, MNF: Remington Arms Company, Inc., Model: 870, Cal: 16, SN: S669351V |
| CII. | Shotgun, MNF: Unknown, Model: BATAVIBAKER, Cal: 16, SN: 152116 |
| CIII. | Rifle, MNF: Brescia Armas, Model: 1936 XIV, Cal: 762, SN: D8840 |
| CIV. | Shotgun, MNF: unknown, Model: 66, Cal: 12, SN: none |
| CV. | Shotgun, MNF: Winchester, Model: 37, Cal: 16, SN: none |
| CVI. | Rifle, MNF: Harrington and Richardson, Model: UNK, Cal: 12, SN: 35853C |
| CVII. | Shotgun, MNF: Savage, Model: Stevens, Cal: 12, SN: none |
| CVIII. | Shotgun, MNF: Remington Arms Company, Inc., Model: 200D, Cal: 12, SN: none |

C.  The Defendant's interest in said properies is hereby forfeited to the United States of America for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

8

D. The aforementioned forfeited properties are to be held by the ATF in its secure custody and control.

E. Pursuant to 21 U.S.C., § 853(n)(1), the ATF forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties were situated, notice of this Order, notice of the ATF's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 15th day of March, 2006.

> BY THE COURT:
>
> s/ RICHARD G. KOPF
> United States District Judge