IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>                    Plaintiff,         )<br>                                                          )<br>     vs.                                             )<br>                                                          )<br>RICKY T. McCOLLUM,                 )<br>                                                          )<br>                    Defendant,     )<br>                                                          )<br>     and,                                            )<br>                                                          )<br>WANDA L. McCOLLUM,              )<br>                                                          )<br>             Interested Person.    )<br>                                                          ) | Case No. 8:05CR256<br><br>**MEMORANDUM<br>AND ORDER** |

    Wanda McCollum has filed a motion for hearing regarding her objection to the forfeiture of certain guns and ammunition. (*Compare* filing 70 (preliminary order of forfeiture forfeiting the defendant's interest in the guns and ammunition) *with* filing 75 (Ms. McCollum's motion for hearing)). I also understand that the defendant Ricky T. McCollum has consented to the forfeiture of the guns and ammunition (*see* filing 63 (plea agreement)) and he claims no further interest in them. I further understand that Ricky T. McCollum will be sentenced on May 23, 2006. (*See* filing 66.) Therefore,

    IT IS ORDERED that:

    1.    Wanda McCollum's motion for hearing (filing 75) is granted to the extent it requests a hearing. A one hour evidentiary hearing is scheduled for 4:30 PM on Thursday, June 15, 2006, at the Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Courtroom No. 1, Fifth Floor,

Lincoln, Nebraska. At that hearing, the government and Ms. McCollum shall present such evidence and argument as they think appropriate regarding the forfeiture of Ms. McCollum's interest in the guns and ammunition. In this regard, I construe Ms. McCollum's motion (filing 75) as the equivalent of a petition within the meaning of the preliminary order of forfeiture or otherwise.

2. Because the defendant has forfeited his interest in the guns and ammunition, the defendant need not be present at the aforementioned hearing. Nonetheless, the Clerk of the Court shall provide electronic notice of this and all subsequent filings to counsel for Mr. McCollum. If I have misunderstood the defendant's position, counsel for the defendant shall promptly advise me.

3. The Clerk of the Court shall mail a copy of this memorandum and order to Ms. McCollum.

May 12, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge