IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>          vs.                                        )<br>                                                              )<br>RICKY T. McCOLLUM,                     )<br>                                                              )<br>                    Defendant,          )<br>                                                              )<br>          and,                                     )<br>                                                              )<br>WANDA L. McCOLLUM,                  )<br>                                                              )<br>                    Interested Person.  )<br>                                                              ) | Case No. 8:05CR256<br><br>**MEMORANDUM<br>AND ORDER** |

An evidentiary hearing was held yesterday on Wanda McCollum's claim to the guns and ammunition. Evidence was presented and the matter is now ripe for briefing.

IT IS ORDERED THAT:

(1)   The Clerk of the Court shall prepare a transcript of the evidentiary hearing and provide it to me. The parties shall submit joint and simultaneous briefs on or before July 31, 2006. Given the testimony presented at the hearing, the government should carefully brief the law in the State of Nebraska regarding intestate succession and the competing interests of Mrs. McCollum, Ricky McCollum and David McCollum as heirs of the husband and father.

(2)   The Clerk of the Court shall mail a copy of this memorandum and order to Wanda McCollum.

May 12, 2006.                                   BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge