IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:05CR256 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICKY T. McCOLLUM, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and, | ) | |
| | ) | |
| WANDA L. McCOLLUM, | ) | |
| | ) | |
| Interested Person. | ) | |
| | ) | |

    IT IS ORDERED that the Clerk of the Court shall file the attached letter from Wanda L. McCollum as a brief.

August 1, 2006                                BY THE COURT:

                                                                  s/ *Richard G. Kopf*
                                                                  United States District Judge