IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR256 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICKY T. MCCOLLUM, | ) | |
| | ) | |
| Defendant. | | |

IT IS ORDERED that a revocation hearing is set to commence at **12:00 noon on August 28, 2007** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: June 5, 2007

BY THE COURT

s/ David L. Piester
United States Magistrate Judge