IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:05CR256 |
| ) | |
| RICKY T. MCCOLLUM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 107, now set for August 28, 2007, at 12:00 p.m., until a date and time certain in the latter part of December, 2007. The Court, being fully advised in the premises, and noting the Government and the U.S. Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 18th day of December, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

August 24, 2007.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge