IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICKY T. MCCOLLUM, ) <br> ) <br> Defendant. ) | Case No. 8:05CR256 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 111, now set for March 6, 2008, at 12:30 p.m., until a date and time certain convenient to the Court during the first week in April, 2008. The Court, being fully advised in the premises, and noting the Government and the U.S. Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 3rd day of April, 2008, at 1:00 p.m. The defendant is ordered to appear at such time.

March 5, 2008.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge